**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cristobal Gomez-Vicente**<br>YOB: 1980; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00183MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 30, 2021, at or near Cowlic, in the District of Arizona, **Cristobal Gomez-Vicente**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on February 14, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Cristobal Gomez-Vicente** is a citizen of Guatemala. On February 14, 2012, **Cristobal Gomez-Vicente** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On March 30, 2021, agents found **Cristobal Gomez-Vicente** in the United States at or near Cowlic, Arizona, without the proper immigration documents. **Cristobal Gomez-Vicente** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>JS2/AJC<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 31, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54